# EXHIBIT H

**Hales Court Housing, LLC**
c/o Millennium Real Estate Services, LLC
P.O. Box 973
Rocky Hill, CT 06067
Telephone 860-529-1111

June 10, 2021

Jessica Purcell
Jonathan Maisonet & Maria Maisonet
75 Hales Court
Westport, CT 06880

**PRETERMINATION NOTICE**

Dear Resident(s):

Please be advised that your Lease with Hales Court Housing, LLC will terminate on **July 10, 2021,** due to: the presence of an unauthorized pet (one large dog over 30 pounds in violation of Section 9 of the House Rules attached to and made at part of your Lease); and the presence of outside structures (two large sheds on your deck) in violation of Section 23 of the House Rules attached to and made a part of your Lease which states "Fences, enclosures, or outside structures of any kind shall not be erected or placed upon the grounds."

In accordance with Statutes and Regulations, you have the right to request a meeting with your Landlord pursuant to your Lease in order to discuss the termination of your Lease within ten (10) days from the date you receive this notice. At that meeting you will have the right to reply or explain any circumstances which you think are related to the termination of your Lease. Any reply or explanation or request for a meeting should be made to Millennium Real Services, LLC, P.O. Box 973, Rocky Hill, CT 06067, telephone 860-529-1111. You also have the right to defend the termination of your Lease in court. If you are a person with a disability and need to request a reasonable accommodation in order to participate in the meeting process, please contact Millennium Real Estate Services at the address or telephone number listed above. Under Section 47a-15 of the Connecticut General Statutes, you may have 15 days in which to remedy the above described breaches if they can be remedied by repair or the payment of damages. If this is so remedied within the 15-day period, no legal action will commence. You may not be denied rental assistance or be evicted from your housing on the basis that you are or have been a victim of domestic violence, dating violence, sexual assault or stalking, if you otherwise qualify for occupancy or participation. If you believe that you or an affiliated individual have been the victim of domestic violence, dating violence, sexual assault or stalking, you must provide certification of your claim to Millennium Real Estate Services, within 14 business days of the date of this Notice. An affiliated individual is a spouse, parent, brother, sister or child, or a person to whom that individual stands in the place of a parent, for example, the affiliated individual is in the care, custody or control of that individual; or any individual, tenant or lawful occupant living in the household of that individual.

Sincerely,
**Hales Court Housing, LLC**

By: _____
Donna M. Lattarulo
Lattarulo Law Firm, LLC
Its Attorneys

cc: Hales Court Housing, LLC